IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| RICK J. SEEBERGER and ) <br> SUSAN C. SEEBERGER dba ) <br> BUILD A STRONG FUTURE, ) <br> ) <br>    Plaintiffs, ) <br> ) <br>           v. ) <br> ) <br> PETER POWERS GOODMAN, ) <br> MEDIANEWS GROUP DBA ) <br> LAS CRUCES SUN NEWS, ) <br> ~~NPG OF TEXAS L.P. dba KVIA-TV,~~ ) <br> BOARD OF COUNTY COMMISSIONERS ) <br> FOR THE COUNTY OF DOÑA ANA, in their ) <br> Official capacities, EDWARD LERMA, in his ) <br> individual and official capacities, MANION ) <br> LONG, in his individual and official capacities,) <br> MICHAELKINNEY, in his individual and ) <br> official capacities, BILLY GARRETT, in his ) <br> individual and official capacities, WAYNE ) <br> HANCOCK, in his individual and official ) <br> capacities, JULIA BROWN, in her individual ) <br> and official capacities, JOHN CALDWELL, in ) <br> his individual and official capacities, ) <br> DEBORAH WEIR, in her individual and ) <br> official capacities, BILL NOLAND, in his ) <br> individual and official capacities, DAVID ) <br> MEDEIROS, in his individual and ) <br> official capacities, ) <br> ) <br>    Defendants. | CAUSE No. 2:14-CV-01063-GBW-WPL |

**ORDER DENYING LEAVE TO AMEND**

This matter comes before me on Plaintiffs Rick and Susan Seeberger's Motion of Leave to File Amended Response Brief. (Doc. 77.) The motion does not indicate whether it was opposed or unopposed, as required by D.N.M.LR-Civ 7.1(a). Though Seeberger and opposing counsel have indicated that the motion is unopposed, the Court has previously informed the Seebergers of their

obligations under the Federal Rules of Civil Procedure and the Local Rules. Additionally, the proposed order submitted by the Seebergers did not include an approval by opposing counsel, as required by D.N.M.LR-Civ 7.2.

Because the motion does not comply with Local Rule 7.1(a), it is hereby denied.

IT IS SO ORDERED.

*William P. Lynch*

WILLIAM P. LYNCH
UNITED STATES MAGISTRATE JUDGE