IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RICK J. SEEBERGER and SUSAN SEEBERGER,
*doing business as* BUILD A STRONG FUTURE,

    Plaintiffs,

v.                                                                                    Case No. 2:14-cv-1063-GBW-WPL

PETTER POWERS GOODMAN, et al.,

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court on review of the record. Plaintiffs have filed several documents under seal without seeking leave from the Court to do so. *Docs. 106, 118, 126, & 127*. "Courts have long recognized a common-law right of access to judicial records." *Mann v. Boatright*, 477 F.3d 1140, 1149 (10th Cir. 2007) (citations omitted). As such, a presumption of in favor of public access exists that may be overcome only if "countervailing interests heavily outweigh the public interest in access." *Id.* (holding complaint detailing history of family feud and disclosing family member's diagnosis of Alzheimer's disease was not "sufficiently critical to outweigh the strong presumption in favor of public access to judicial records."); *see also* FED. R. CIV. P. 5.2(e) ("[For good cause, the court may by order in a case: (1) require redaction of additional information; or (2) limit or prohibit a nonparty's remote electronic access to a document filed with the court."). The burden of overcoming the presumption in favor of disclosure is on the

party seeking to limit the public's access to court documents.  *Mann v. Boatright*, 477 F.3d at 1149.

Accordingly, the Court will require Plaintiffs to show cause as to why the filings they limited to "Case Participants," *docs. 106, 126 & 127*, and "Applicable Party," *doc. 118*, should not be made public or stricken from the record.  Plaintiffs' response to this Order should (1) state the degree to which access to a filing should be limited, i.e., whether a filing should be limited to review by the Court only or by the parties and the Court, and (2) specifically identify which private information in the currently sealed documents  justifies keeping the document filed under seal.  Plaintiffs shall file a response to the Court's Order to Show Cause by no later than **August 11, 2015**.

IT IS SO ORDERED.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE